Submitted February 8, reversed and remanded for reconsideration March 14, respondent Employment Department's petition for reconsideration filed March 28 allowed by opinion June 6, 2012
See 250 Or App 313, ____ P3d ____ (2012)

Shannon L. HOLBROOK,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT
and Providence Health System,
*Respondents.*

Employment Appeals Board
11AB0297; A147962

273 P3d 375

Richard E. Slezak filed the brief for petitioner.

Denise G. Fjordbeck waived appearance for respondent Employment Department.

No appearance for respondent Providence Health System.

Before Haselton, Presiding Judge, and Duncan, Judge, and Rasmussen, Judge pro tempore.

PER CURIAM

Reversed and remanded for reconsideration. *Opp v. Employment Dept.*, 242 Or App 673, 259 P3d 15 (2011).